**Affirmed as Modified and Memorandum Majority and Dissenting Opinions filed August 31, 2023.**



**In The**

# Fourteenth Court of Appeals

————————

**NO. 14-22-00593-CR**

————————

**DUSTIN SHEA KOKENES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 155th District Court
Austin County, Texas
Trial Court Cause No. 2020R-0022**

## MEMORANDUM DISSENTING OPINION

I dissent based on the reasons discussed in *Rhodes v. State*, No. 14-22-00398-CR (Tex. App.—Houston [14th Dist.] Aug. 31, 2023, no pet. h.).


/s/     Charles A. Spain
        Justice


Panel consists of Justices Wise, Bourliot, and Spain (Bourliot, J., concurring without opinion; Spain, J., dissenting).

Do Not Publish — Tex. R. App. P. 47.2(b).